UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 06-06768 |
| FERGUSON, MARY E | § | |
| | § | |
| | § | |
| Debtors | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ___ of the United States Bankruptcy Code on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

      Funds were disbursed in the following amounts:

      Administrative expenses
      Payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor

      Leaving a balance on hand of              $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was ___. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____ , for a total compensation of $_____ .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____ , and now requests reimbursement for expenses of $_____ , for total expenses of $_____ .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH E. COHEN_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 06-06768   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FERGUSON, MARY E | Date Filed (f) or Converted (c): | 06/09/06 (f) |
| | | 341(a) Meeting Date: | 08/10/06 |
| For Period Ending: | 07/14/09 | Claims Bar Date: | 12/13/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 10.00 | 0.00 | | 0.00 | 0.00 |
| 2. CHECKING | 35.00 | 0.00 | | 0.00 | 0.00 |
| 3. VEHICLE | 15,000.00 | 10,000.00 | | 10,000.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 133.18 | Unknown |
| TOTALS (Excluding Unknown Values) | $15,645.00 | $10,000.00 | | $10,133.18 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS NEGOTIATING WITH DEBTOR TO PURCHASE VEHICLE BACK FROM ESTATE.  DEBTOR HAS PURCHASED VEHICLE BACK FROM TRUSTEE.  TRUSTEE TO REVIEW CLAIMS.
TRUSTEE PREPARING DRAFT OF FINAL REPORT.

Initial Projected Date of Final Report (TFR): 09/30/07        Current Projected Date of Final Report (TFR): 03/30/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 06-06768 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FERGUSON, MARY E | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6650 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0301 | | | |
| For Period Ending: | 07/14/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/06 | 3 | MARY FERGUSON | | 1129-000 | 10,000.00 | | 10,000.00 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.01 | | 10,006.01 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.22 | | 10,014.23 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.50 | | 10,022.73 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.52 | | 10,031.25 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.70 | | 10,038.95 |
| 03/01/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond premium | 2300-000 | | 8.08 | 10,030.87 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.52 | | 10,039.39 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.26 | | 10,047.65 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.53 | | 10,056.18 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.26 | | 10,064.44 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.55 | | 10,072.99 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.56 | | 10,081.55 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 6.42 | | 10,087.97 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 6.43 | | 10,094.40 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 5.39 | | 10,099.79 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.83 | | 10,104.62 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 4.00 | | 10,108.62 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.40 | | 10,111.02 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 8.92 | 10,102.10 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.39 | | 10,104.49 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.07 | | 10,106.56 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.28 | | 10,107.84 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.24 | | 10,109.08 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.28 | | 10,110.36 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.28 | | 10,111.64 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.25 | | 10,112.89 |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06768 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | FERGUSON, MARY E | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6650 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0301 | | |
| For Period Ending: | 07/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.98 | | 10,113.87 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.82 | | 10,114.69 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.51 | | 10,115.20 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,115.28 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,115.36 |
| 02/28/09 | 000303 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 8.30 | 10,107.06 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,107.15 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 10,107.37 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,107.62 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,107.88 |

| Account *******6650 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Deposits | | 10,000.00 | 3 | Checks | 25.30 |
| 33 | Interest Postings | | 133.18 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 10,133.18 | | | |
| | | | | | Total | $ 25.30 |
| 0 | Adjustments In | | 0.00 | | | |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 10,133.18 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 06-06768 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FERGUSON, MARY E | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6650  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0301 | | |
| For Period Ending: | 07/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-06768 | | Page 1 | | Date: July 14, 2009 |
| Debtor Name: | FERGUSON, MARY E | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol | Administrative | | $1,844.00 | $0.00 | $1,844.00 |
| 000001<br>070<br>7100-00 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | Unsecured | | $13,685.25 | $0.00 | $13,685.25 |
| 000002<br>070<br>7100-00 | Citibank ( South Dakota ) N.A.<br>DBA: SEARS<br>POB 182149<br>Columbus, OH  43218 | Unsecured | | $3,970.38 | $0.00 | $3,970.38 |
| 000003<br>070<br>7100-00 | eCAST Settlement Corporation assignee<br>of HSBC Bank Nevada NA<br>HSBC Card Services III<br>Po Box 35480<br>Newark, NJ 07193 | Unsecured | | $3,779.10 | $0.00 | $3,779.10 |
| 000004<br>070<br>7100-00 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV  88901-6305 | Unsecured | | $8,519.16 | $0.00 | $8,519.16 |
| 000005<br>070<br>7100-00 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV  88901-6305 | Unsecured | | $8,343.88 | $0.00 | $8,343.88 |
| | Case Totals: | | | $40,141.77 | $0.00 | $40,141.77 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 06-06768
Case Name: FERGUSON, MARY E
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $_____ | $_____ |
| *Attorney for trustee: Cohen & Krol* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                      | Reason/Applicant | Fees | Expenses |
|----------------------|------------------|------|----------|
| *Attorney for debtor:* |                  | $    | $        |
| *Attorney for:*      |                  | $    | $        |
| *Accountant for:*    |                  | $    | $        |
| *Appraiser for:*     |                  | $    | $        |
| *Other:*             |                  | $    | $        |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|----------------|------------|-------------------------|--------------------|
|                |            | $                       | $                  |
|                |            | $                       | $                  |
|                |            | $                       | $                  |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|----------------|------------|-------------------------|--------------------|
| *000001*       | *Discover Bank/Discover Financial Services* | $ | $ |
| *000002*       | *Citibank ( South Dakota ) N.A.* | $ | $ |
| *000003*       | *eCAST Settlement Corporation assignee* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000004* | *Citibank/CHOICE* | $ | $ |
| *000005* | *Citibank/CHOICE* | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $       .