UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: § Case No. 06-06768
FERGUSON, MARY E §
 §
 Debtors §
 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 10,133.18 |
| *and approved disbursements of* | $ | 25.30 |
| *leaving a balance of* | $ | 10,107.88 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $ 1,763.32 | $ 32.11 |
| *Attorney for trustee: Cohen & Krol* | $ 1,844.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,297.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services | $ 13,685.25 | $ 2,311.42 |
| 000002 | Citibank ( South Dakota ) N.A. | $ 3,970.38 | $ 670.59 |
| 000003 | eCAST Settlement Corporation assignee | $ 3,779.10 | $ 638.29 |
| 000004 | Citibank/CHOICE | $ 8,519.16 | $ 1,438.88 |
| 000005 | Citibank/CHOICE | $ 8,343.88 | $ 1,409.27 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .


The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the

United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  2:00 PM  on  08/28/2009  in Courtroom  B ,

United States Courthouse

Park City Branch Court

301 Greenleaf Ave., Park City, IL 60085

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/16/2009                    By:/s/JOSEPH E. COHEN
                                          Trustee


*JOSEPH E. COHEN , COHEN & KROL*
*105 WEST MADISON STREET, SUITE 1100, CHICAGO, IL 60602-0000*
*312-368-0300*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ahamilton              Page 1 of 1                  Date Rcvd: Jul 20, 2009
Case: 06-06768                Form ID: pdf006              Total Noticed: 36

The following entities were noticed by first class mail on Jul 22, 2009.
db           +Mary E Ferguson,    924 N Lewis Av,    Waukegan, IL 60085-2627
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Harold M Saalfeld,    Harold M Saalfeld, Attorney at Law,    25 N County Street Suite 2R,
               Waukegan, IL 60085-4342
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Linda M Kujaca,    P.O. Box 254,    Wood Dale, IL 60191-0254
tr           +Joseph E Cohen, Tr.,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
10771892     +ACADEMY COLLECTION SVC,    10965 DECATUR RD,    PHILADELPHIA, PA 19154-3294
10771893     +ASG,   205 Bryan Woods South,     Amherst, NY 14228-3609
10771894     +Att&t Universal/ Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
10771895     +BAKER, MILLER, MARKOFF & KRASNY LLC,     29 N. WACKER DR, 5TH FL,    CHICAGO, IL 60606-2851
10771896     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
10771897     +Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1837
10771898     +Bp Oil/citibank,    Po Box 6003,    Hagerstown, MD 21747-6003
10771899      CARDMEMBER SERVICES / DIRECT REWARDS,     P.O. BOX 21550,    TULSA, OK 74121-1550
10771902     +CLIENT SERVICES, INC,    3451 HARRY S TRUMAN BLVD,    ST CHARLES, MO 63301-9816
10771900     +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10771901     +Citibank,    Pob 6241,    Sioux Falls, SD 57117-6241
10948510     +Citibank ( South Dakota ) N.A.,     DBA: SEARS,    POB 182149,    Columbus, OH 43218-2149
10979620      Citibank/CHOICE,    Exception Payment Processing,     P.O. Box 6305,    The Lakes, NV  88901-6305
10771903     +Consumers Coop Cred Un,    2750 Washington St,    Waukegan, IL 60085-4900
10771904      Creditors Financial Group,    P.O. box 440290,    Aurora, Co 80044-0290
10771906     +DR. JEANNE LAWRENCE, DDS,    1216 AMERICAN WAY,    LIBERTYVILLE, IL 60048-3938
10771907     +Fnb Omaha,    1620 Dodge St,    Omaha, NE 68197-0003
10771908     +Home Comings Financial,    2711 N Haskell Ave. Sw 1,    Dallas, TX 75204-2911
10771910     +MALCOLM FERGUSON,    924 N. LEWIS AV,    WAUKEGAN, IL 60085-2627
10771911     +MATHEW KAPLAN & ASSOC.,    611 S. MILWAUKEE AV, SUITE12,    LIBERTYVILLE, IL 60048-3256
10771912      NATIONAL ASSET RECOVERY INC,    2880 DRESDEN DRIVE, SUITE 200,    ATLANTA, GA 30341-3920
10771913     +Ocwen Federal Bank,    12650 Ingenuity Dr,    Orlando, FL 32826-2717
10771915      PROCESSING CENTER BP AMOCO,    P.O. BOX 9014,    DES MOINES, IA 50303
10771914     +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
10771916      SPRINT,    P.O. BOX 6419,    CAROL STREAM IL 60197-6419
10771917      THE FAMILY DENTISTS, LTD,    5649 MANCHESTER DRIVE,    GURNEE, IL 60031-6109
10771909     +eCAST Settlement Corporation assignee,     of HSBC Bank Nevada NA,    HSBC Card Services III,
               Po Box 35480,    Newark, NJ 07193-5480
The following entities were noticed by electronic transmission on Jul 21, 2009.
10771905      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 21 2009 03:00:28      Discover Fin,    Pob 15316,
               Wilmington, DE 19850
10917905     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 21 2009 03:00:28
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
10771918      E-mail/Text: tkealy@vikingservice.com                            VIKING COLLECTION SERVICE, INC,
               P.O. BOX 59207,    MINNEAPOLIS MN 55459-0207
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 22, 2009**                         **Signature:** _Joseph Speetjens_