UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
FERGUSON, MARY E § Case No. 06-06768
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter     on              . The case was pending for     months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN _____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Home Comings Financial 2711 N Haskell Ave. Sw 1 Dallas, TX 75204 |  |  |  |  |  |
| Ocwen Federal Bank 12650 Ingenuity Dr Orlando, FL 32826 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| Bayview Financial Loan 4425 Ponce De Leon Blvd Coral Gables, FL 33146 | | | | | |
| Bp Oil/citibank Po Box 6003 Hagerstown, MD 21747 | | | | | |
| CARDMEMBER SERVICES / DIRECT REWARDS P.O. BOX 21550 TULSA, OK 74121-1550 | | | | | |
| Consumers Coop Cred Un 2750 Washington St Waukegan, IL 60085 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DR. JEANNE LAWRENCE, DDS 1216 AMERICAN WAY LIBERTYVILLE, IL 60048 | | | | | |
| Fnb Omaha 1620 Dodge St Omaha, NE 68197 | | | | | |
| MATHEW KAPLAN & ASSOC. 611 S. MILWAUKEE AV, SUITE12 LIBERTYVILLE, IL 60048-3447 | | | | | |
| NATIONAL ASSET RECOVERY INC 2880 DRESDEN DRIVE, SUITE 200 ATLANTA, GA 30341-3920 | | | | | |
| PROCESSING CENTER BP AMOCO P.O. BOX 9014 DES MOINES, IA 50303 | | | | | |
| Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| Representing: Bank Of America | | | | | |
| Representing: Cbusasears | | | | | |
| Representing: Citibank | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Representing: Citibank | | | | | |
| Representing: Discover Fin | | | | | |
| Representing: Fnb Omaha | | | | | |
| SPRINT P.O. BOX 6419 CAROL STREAM IL 60197-6419 | | | | | |
| THE FAMILY DENTISTS, LTD 5649 MANCHESTER DRIVE GURNEE, IL 60031-6109 | | | | | |
| CITIBANK ( SOUTH DAKOTA ) N.A. | | | | | |
| CITIBANK/CHOICE | | | | | |
| CITIBANK/CHOICE | | | | | |
| DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 06-06768 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | FERGUSON, MARY E | | Date Filed (f) or Converted (c): | 06/09/06 (f) |
| | | | 341(a) Meeting Date: | 08/10/06 |
| For Period Ending: | 04/21/10 | | Claims Bar Date: | 12/13/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 10.00 | 0.00 | | 0.00 | 0.00 |
| 2. CHECKING | 35.00 | 0.00 | | 0.00 | 0.00 |
| 3. VEHICLE | 15,000.00 | 10,000.00 | | 10,000.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 133.66 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $15,645.00 | $10,000.00 | | $10,133.66 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS NEGOTIATING WITH DEBTOR TO PURCHASE VEHICLE BACK FROM ESTATE. DEBTOR HAS PURCHASED VEHICLE BACK FROM TRUSTEE. TRUSTEE TO REVIEW CLAIMS. TRUSTEE PREPARING DRAFT OF FINAL REPORT. TRUSTEE HAS SUBMITTED FINAL REPORT TO US TRUSTEE FOR REVIEW. FINAL REPORT FILED, FINAL MEETING HELD AND DISTRIBUTION MADE.

Initial Projected Date of Final Report (TFR): 09/30/07    Current Projected Date of Final Report (TFR): 03/30/09

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 06-06768 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FERGUSON, MARY E | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6650  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0301 | | |
| For Period Ending: | 04/21/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/06 | 3 | MARY FERGUSON | | 1129-000 | 10,000.00 | | 10,000.00 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.01 | | 10,006.01 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.22 | | 10,014.23 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.50 | | 10,022.73 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.52 | | 10,031.25 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.70 | | 10,038.95 |
| 03/01/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 8.08 | 10,030.87 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.52 | | 10,039.39 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.26 | | 10,047.65 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.53 | | 10,056.18 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.26 | | 10,064.44 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.55 | | 10,072.99 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.56 | | 10,081.55 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 6.42 | | 10,087.97 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 6.43 | | 10,094.40 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 5.39 | | 10,099.79 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.83 | | 10,104.62 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 4.00 | | 10,108.62 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.40 | | 10,111.02 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 8.92 | 10,102.10 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.39 | | 10,104.49 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.07 | | 10,106.56 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.28 | | 10,107.84 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.24 | | 10,109.08 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.28 | | 10,110.36 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.28 | | 10,111.64 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.25 | | 10,112.89 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-06768 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FERGUSON, MARY E | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6650  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0301 | | | |
| For Period Ending: | 04/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.98 | | 10,113.87 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.82 | | 10,114.69 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 10,115.20 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,115.28 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,115.36 |
| 02/28/09 | 000303 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 8.30 | 10,107.06 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,107.15 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 10,107.37 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,107.62 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,107.88 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,108.14 |
| 08/27/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 10,108.36 |
| 08/27/09 | | Transfer to Acct #*******1037 | Final Posting Transfer | 9999-000 | | 10,108.36 | 0.00 |

| Account *******6650 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 10,000.00 | 3 | Checks | 25.30 |
| | 35 | Interest Postings | 133.66 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 10,108.36 |
| | | Subtotal | $ 10,133.66 | | | |
| | | | | | Total | $ 10,133.66 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 10,133.66 | | | |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) (Page: 10)

Ver: 15.08

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-06768 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FERGUSON, MARY E | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1037 BofA - Checking Account |
| Taxpayer ID No: | *******0301 | | | |
| For Period Ending: | 04/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/09 | | Transfer from Acct #*******6650 | Transfer In From MMA Account | 9999-000 | 10,108.36 | | 10,108.36 |
| 09/01/09 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,763.32 | 8,345.04 |
| 09/01/09 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 32.11 | 8,312.93 |
| 09/01/09 | 003003 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 1,229.34 | 7,083.59 |
| 09/01/09 | 003004 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 614.66 | 6,468.93 |
| 09/01/09 | 003005 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | Claim 000001, Payment 16.89111% | 7100-000 | | 2,311.59 | 4,157.34 |
| 09/01/09 | 003006 | Citibank ( South Dakota ) N.A.<br>DBA: SEARS<br>POB 182149<br>Columbus, OH 43218 | Claim 000002, Payment 16.89108% | 7100-000 | | 670.64 | 3,486.70 |
| 09/01/09 | 003007 | eCAST Settlement Corporation assignee<br>of HSBC Bank Nevada NA<br>HSBC Card Services III<br>Po Box 35480<br>Newark, NJ 07193 | Claim 000003, Payment 16.89132% | 7100-000 | | 638.34 | 2,848.36 |
| 09/01/09 | 003008 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Claim 000004, Payment 16.89110% | 7100-000 | | 1,438.98 | 1,409.38 |
| 09/01/09 | 003009 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305 | Claim 000005, Payment 16.89118% | 7100-000 | | 1,409.38 | 0.00 |

FORM 2

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06768 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FERGUSON, MARY E | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1037  BofA - Checking Account |
| Taxpayer ID No: | *******0301 | | | |
| For Period Ending: | 04/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | The Lakes, NV  88901-6305 | | | | | |

```
Account *******1037      Balance Forward           0.00
                     0   Deposits                  0.00      9   Checks              10,108.36
                     0   Interest Postings         0.00      0   Adjustments Out          0.00
                                                             0   Transfers Out            0.00
                         Subtotal         $        0.00
                                                                 Total        $     10,108.36
                     0   Adjustments In            0.00
                     1   Transfers In         10,108.36

                         Total            $   10,108.36


Report Totals            Balance Forward           0.00
                     1   Deposits             10,000.00     12   Checks              10,133.66
                    35   Interest Postings       133.66      0   Adjustments Out          0.00
                                                             1   Transfers Out       10,108.36
                         Subtotal         $   10,133.66
                                                                 Total        $     20,242.02
                     0   Adjustments In            0.00
                     1   Transfers In         10,108.36

                         Total            $   20,242.02         Net Total Balance   $        0.00
```

LFORM2T4   UST Form 101-7-TDR (9/1/2009) (Page: 12)                        Ver: 15.08